**Order filed May 9, 2013**



In The

# Eleventh Court of Appeals

_____

## No. 11-12-00040-CV
_____

### SIERRA CLUB, Appellant

### V.

### TEXAS COMMISSION ON ENVIRONMENTAL QUALITY AND TENASKA TRAILBLAZER PARTNERS, LLC, Appellees

**On Appeal from the 201st District Court**

**Travis County, Texas**

**Trial Court Cause No. D-1-GN-1-000763**

_____

## No. 11-12-00108-CV

_____

## MULTI-COUNTY COALITION, Appellant

## V.

## TEXAS COMMISSION ON ENVIRONMENTAL QUALITY AND TENASKA TRAILBLAZER PARTNERS, LLC, Appellees

**On Appeal from the 345th District Court**

**Travis County, Texas**

**Trial Court Cause No. D-1-GN-11-000815**

## O R D E R

This court has reviewed the briefs in these appeals and the issues appear to be identical. The cases are consolidated for purposes of oral submission. The time allotted for argument will be 25 minutes total for Appellants, 25 minutes total for Appellees, and 10 minutes for rebuttal. The attorneys are directed to advise the Clerk of this court on or before May 30, 2013, as to the division of that time.

PER CURIAM

May 9, 2013
Do not publish. *See* TEX. R. APP. P. 47.2(b).
Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.